FILED
2014 Mar-20 PM 06:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

2014 MAR 18 A 10:59

General Complaint Form for Pro Se Litigants

U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

Marian A. Blacker

CV-14-B-0474-S

(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.

see attachments + enclosures; Reputation.com, Spokeo.com,
Tyler Stampfli, Wells Fargo NA, US Attorney's Office in Oxford, MS
City of Tupelo, State of MS, Tupelo Police Dept, Lee Co Circuit Court Judge
LifeLock, Ft. Collins, CO Police Dept, etc, Northern District of MS
Federal Judges

(Enter above the full name(s) of the
defendant(s) in this action.)

1.  At all times hereinafter mentioned, plaintiff was and still is a resident of 109
Lawndale Dr Tupelo, MS 38801 . Plaintiff resides at

2.  Defendant see above, attachments, + enclosures is a corporation
incorporated under the laws of MS, AL, CA, CO, AZ and has a main
office at see attachments + enclosures and is licensed to do business
in MS, AL, CA, CO, AZ . Defendant's official business address
is see enclosures

OR

Defendant _US Attorney's Office in Oxford, MS_

is a United States government agency.

OR

Defendant _Attorney General of MS, 1st District Court & Circuit Court of Lee, Co, etc_

is a state agency.

OR

Defendant _Tyler Blake Stampfli_ is a resident of

_see enclosures_ . Defendant resides at _see enclosures_

3.    The jurisdiction of this court is invoked pursuant to _the Privacy Acts of 1974,_
_1978, 1988, 2002; Section 1983, Title VII of 1964 Civil Rights Act_ (list statutes.) _see listed enclosure_

4.    Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant
is involved. Include, also the names of other persons involved, dates and places. Do not give any
legal arguments. If you intend to allege a number of related claims, number and set forth each
claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

_See attachments + enclosures; I went to all mentioned +_
_listed parties for aid + assistance + wasn't helped w/_
_everything being "flipped" ending in my being_
_charged w/ felony fraud + false pretenses. All of_
_this stemed from hacking/theft of information by_

2

Stampfli w/ Wells Fargo knowing about everything &
doing nothing. Reports were filled w/ Tupelo P.D., Lifelock,
MS AG Office, FBI, FTC & FCC w/ nothing being
done as well as w/ Ft Collins PD Financial Crime
Divis., Tupelo DA's Office used said stolen materials
to illegally charge & extort $$ out of myself w/ the
aid of TPD Det. McKinney & all 4 Circuit Judges.

5.    Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

1) Prison for all offenders

2) Money in the $70 million + range for defamation,
slander, pain + suffering, as well as for all the mental, physical,
+ emotional duress suffered - medical records prove this

3) Disbarment + Disrobement + banishment of all
legal officials involved; in other words they'll never be
able to practice law or hold office ever again

3/16/14
Date

(662)842-4670
Telephone Number

_____
FAX Number (If Available)

_____
Signature of Plaintiff

Marian Blocker
Name (Please Print)

1109 Lawndale Dr
Street Address

Tupelo, MS          38801
City/State            Zip Code

3

NOTE: Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: 3 / 16 / 14

7/14/06

4