FILED
2014 Mar-20 PM 06:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# INCIDENT/INVESTIGATION REPORT

Page 1 of 4

**INCIDENT DATA**

- Agency Name: Tupelo Police Dept.
- ORI: MS0410100
- OCA: 2013 - 1673
- Date/Time Reported: 3/14/2013 18:12 Hrs (Thursday)
- #1: 26A IDENTITY THEFT FELONY — Complete (X)
- At Found: 3/15/2013 03:07 Hrs (Friday)
- Last Known Secure: 3/15/2013 03:07 Hrs (Friday)
- Location of Incident: 1109 LAWNDALE DRIVE, TUPELO, MS 38801
- Offense Tract: 8
- Premise Type: 20 RESIDENCE/HOME
- Victim Residence Type: (blank)

**ENVIRONMENT**

- Lighting: (blank)
- Weather: (blank)
- Entry 1: (blank)
- Exit 1: (blank)
- Tools 1: (blank)
- Security 1: (blank)
- Evidence Obtained? NO
- Entry 2: (blank)
- Exit 2: (blank)
- Tools 2: (blank)
- Security 2: (blank)

**VEHICLE**: (blank)

**MO**

- How Attacked Or Committed: (blank)
- Forcible: No
- Weapon/Tool: 99 NONE

**VICTIM**

- # of Victims: 3
- Type: [X] Person
- Injury: (blank)
- Drug/Alcohol Use: N/A

V1: BLOCKER, MARIAN
- Victim of Crime #: 1
- DOB/Age: (redacted)
- Race: (redacted)
- Sex: (redacted)
- Resident Status: [X] Resident
- Home Address: 1109 LAWNDALE DR TUPELO, MS 38801
- Home Phone: (662) 842-4670

**Status Codes**: [1] None  [2] Burned  [3] Counterfeit/Forged  [4] Destroyed  [5] Recovered  [6] Seized  [7] Stolen  [8] Unknown  [*] Internal

**PROPERTY**

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model Detail | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 77 | 7 | 1 | | 1 | OTHER | | . |

Number of Vehicles Stolen: 0
Number of Vehicles Recovered: 0

**ID**
- Officer Name: GALE STAUFFER
- ID #: 999

**STATUS**
- Case Status: OPEN/PENDING

# INCIDENT/INVESTIGATION REPORT

Page 2 of 4

OCA: 2013 - 1673

**Status Codes:** [1] None  [2] Burned  [3] Counterfeit/Forged  [4] Destroyed  [5] Recovered  [6] Seized  [7] Stolen  [8] Unknown  [*] Internal

## DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|-----|--------|----------|--------------|----------------|---------|-----|------|------|-----------|-----------|
|     |        |          |              |                |         |     |      |      |           |           |
|     |        |          |              |                |         |     |      |      |           |           |
|     |        |          |              |                |         |     |      |      |           |           |

Check up to 3 types of activity for each

## SUSPECT

Name (Last, First, Middle):
Alias or Nickname:
Home Address:
Occupation:
Social Security #:
Business Address:
DOB/Age:  Race:  Sex:  Height:  Weight:  Build:  Hair Color:  Eye Color:  Hair Style/Length:
Facial Hair:  Skin Tone:  Teeth:  Speech:
MO (Unique ID):  Direction of Travel:  Mode of Travel:  Glasses:  Handed:
Hat:  Jacket:  Shirt/Blouse:  Tie/Scarf:  Coat/Suit:  Socks:  Pants/Dress/Skirt:  Shoes:
Comment:  Consumed Drugs/Alcohol?:
Scars, Marks, Tattoos — Physical Characteristic:  Body Position:  Color:
Note:
Was Suspect Armed?  Type of Weapon:

## WITNESS

Name (Last, First, Middle):  Social Security #:  DOB/Age:  Race:  Sex:  Business Phone:
Home Address:  Home Phone:  Employer:

Suspect Hate / Bias Motivated:  [X] Yes   [ ] No

## NARRATIVE

Narrative added by CHASSELL   Date: 03/15/2013   Time: 3:16

ON MARCH 14, 2013, I, CPL STAUFFER WAS DISPATCHED TO 1109 LAWNDALE DRIVE TO TAKE A REPORT ON POSSIBLE IDENTITY THEFT. ONCE AT THIS LOCATION, I MADE CONTACT WITH MARIAN BLOCKER WHO STATED THAT SHE RECEIVED AN EMAIL FROM AN INDIVIDUAL NAMED TYLER STAMPFLI STATING THAT HE BOUGHT SOME MERCHANDISE FROM BLOCKER'S COMPANY WEB SITE AND HAD NOT RECEIVED IT SO HE DEMANDED THE $1350 DOLLARS THAT HE STATED THAT HE HAD PAID HER. THIS INDIVIDUAL, ACCORDING TO BLOCKER, KNEW HER BANK ACCOUNT INFORMATION, NAME AND ADDRESS AND STATED THAT HE WAS GOING TO SUE HER. BLOCKER STATED THAT SHE CONTACTED HER FINANCIAL INSTITUTION AND LIFELOCK AND WAS ADVISED TO COMPLETE THIS REPORT.

EOR

# INCIDENT/INVESTIGATION REPORT

Page 3 of 4

OCA: 2013 - 1673

## Supplemental Narratives

*03/15/2013 17:30 User: TWEAVER*

On 3/15/13 1723hrs, Linda Blocker and her daughter, Chanel Blocker came into Central wanting to add some additional information to her other daughter, Marian Blocker's original report. Linda Blocker stated that there was a wire transfer that tried to go into her bank account on 3/15/13 but the bank caught it and stopped it. Comp. did not know at time of this report who the wire transfer came from but believed might have been from the same people that sent her daughter Marian the harassing email. Linda Blocker stated that the bank has frozen all three of their bank accounts because they are all on each others accounts until they can do an investigation. EOR

## ADDITIONAL SUSPECTS' ALIAS NAME(S)

*No Additional Aliases Found*

## ADDITIONAL SUSPECTS' SCARS, MARKS, TATOOS

| Suspect | Physical Characteristic | Body Position | Color |
|---|---|---|---|

*No Additional Scars, Marks, Tatoos Found*

## REPORTING

| Type: | ☒ Person ☐ Business ☐ Society ☐ Government ☐ Religious ☐ Financial Institute ☐ L. E. Officer Line of Duty ☐ Other/Unk |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex |
|---|---|---|---|---|---|
| R 1 | BLOCKER, LINDA BROWN | | | | F |

Home Address: 1109 LAWNDALE DRIVE TUPELO, MS 38801
Social Security #: [redacted]   Home Phone: [redacted]
Employer Name/Address:   Business Phone:

| Type: | ☒ Person ☐ Business ☐ Society ☐ Government ☐ Religious ☐ Financial Institute ☐ L. E. Officer Line of Duty ☐ Other/Unk |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex |
|---|---|---|---|---|---|
| R 2 | BLOCKER, CHANEL DANIELLE | | | | |

Home Address: 1109 LAWNDALE DRIVE TUPELO, MS 38801
Social Security #: [redacted]   Home Phone: [redacted]
Employer Name/Address:   Business Phone:

| Type: | ☒ Person ☐ Business ☐ Society ☐ Government ☐ Religious ☐ Financial Institute ☐ L. E. Officer Line of Duty ☐ Other/Unk |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex |
|---|---|---|---|---|---|
| R 3 | BLOCKER, MARIAN | | | | |

Home Address: 1109 LAWNDALE DR TUPELO, MS 38801
Social Security #: [redacted]   Home Phone: [redacted]
Employer Name/Address:   Business Phone:

# ADDITIONAL VICTIMS

| # of Victims | Type: ☒ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk | Injury: ☐ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major | Drug/Alcohol Use: ☐ Yes ☐ Unknown ☐ No ☒ N/A |
|---|---|---|---|
| 3 | | | |

| Code | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Resident Status |
|---|---|---|---|---|---|---|
| V 2 | BLOCKER, LINDA BROWN | 1 | [redacted] | [redacted] | [redacted] | ☒ Resident ☐ Unknown ☐ Non-Resident |

| Home Address: 1109 LAWNDALE DRIVE TUPELO, MS 38801 | Social Security # [redacted] | Home Phone [redacted] |
|---|---|---|
| Employer Name/Address | | Business Phone |

| Domestic Violence: | Action Taken | Complainant: # Prev. Calls: | Protective Order on File: | Violation of Protective Order? Pr. Order Filed after Incident? |
|---|---|---|---|---|

| # of Victims | Type: ☒ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk | Injury: ☐ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major | Drug/Alcohol Use: ☐ Yes ☐ Unknown ☐ No ☒ N/A |
|---|---|---|---|
| 3 | | | |

| Code | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Resident Status |
|---|---|---|---|---|---|---|
| V 3 | BLOCKER, CHANEL DANIELLE | 1 | [redacted] | [redacted] | [redacted] | ☒ Resident ☐ Unknown ☐ Non-Resident |

| Home Address: 1109 LAWNDALE DRIVE TUPELO, MS 38801 | Social Security # [redacted] | Home Phone [redacted] |
|---|---|---|
| Employer Name/Address | | Business Phone |

| Domestic Violence: | Action Taken | Complainant: # Prev. Calls: | Protective Order on File: | Violation of Protective Order? Pr. Order Filed after Incident? |
|---|---|---|---|---|



(http://tupelosites.com/feed/rss/)     (http://twitter.com/tupmayorsoffice)

(http://www.facebook.com/#!/pages/City-of-Tupelo/171003494048?ref=ts)

**MISSISSIPPI'S "ALL AMERICA CITY"**

(http://www.tupeloms.gov/)



# City of Tupelo (http://www.tupeloms.gov/)

Home (http://www.tupeloms.gov) » Contact

## Contact

662-841-6513

**City Hall**
71 East Troy Street
Tupelo, MS 38804

**Mailing Address**
P.O. Box 1485
Tupelo, MS 38802-1485

## Citizen Response Form

Your Name (required)

Your Email (required)

(http://tupelosites.com/feed/rss/)    (http://twitter.com/tupmayorsoffice)    
(http://www.facebook.com/#!/pages/City-of-Tupelo/171003494048?ref=ts)

MISSISSIPPI'S "ALL AMERICA CITY"

(http://www.tupeloms.gov/)



# Tupelo Police Department (http://www.tupeloms.gov/police/)

## City of Tupelo

You are here: **Home (http://www.tupeloms.gov/police)** » **Contacts**

## Contacts



(http://www.tupeloms.gov/police/files/2012/02/tpdheader50.png)

**Emergency 911**
Non-Emergency:
Tupelo Police Department (662) 841-6491
Records (662) 841-6523 or 841-6524
Internal Affairs (662) 841-6412
Narcotic Division (662) 841-6583

Detective Division (662) 841-6546
COP Services (662) 840-2079
Police Athletic League (PAL) (662) 840-2535
North MS LE Training Center (662) 841-6400
Crime Stoppers (662) 841-6581 or 1800-773-TIPS (8477)
Tupelo/Lee Co. Adult Detention Center (662) 841-9739
Tupelo/Lee Co. Juvenile Detention Center (662) 680-6017
Lee Co. Sheriff's Department (662) 841-9040

**Chief Bart Aguirre**
bart.aguirre@tupeloms.gov (mailto:tony.carleton@tupeloms.gov)
662-841-6402

**Major Special Operations Anthony Hill**
anthony.hill@tupeloms.gov (mailto:anthony.hill@tupeloms.gov)
662-841-6491

**Major Patrol Operations Jackie Clayton**
jackie.clayton@tupeloms.gov (mailto:jackie.clayton@tupeloms.gov)
662-841-6491

**Who to call:**
*Animals & Pets*
Lost Pets*Animal Cruelty*Loose Animals*Barking/Noisey Dogs*Pet Adoption
Humane Society (662) 841-6500
Mosquitoes – Spraying & Larvacide Treatment
Public Works (662) 841-6457
**Auto & Traffic**
Car Tags (662) 841-9034
Driver's License (662) 844-2408
Traffic Signals (662) 841-6460
Non-Emergency traffic problems
TPD Traffic Division (662) 841-6566
**Streets & Sidewalks**
Drainage Maintenance*Sidewalk Maintenance*Right-of-way & Street Visibility*Street Maintenance*Street Clean Up*Street Signs*Traffic Control
Public Works (662) 841-6457

- Departments (/#secondary)

Jack Reed, Jr.;
2059 Parc Monceau Dr. W
Tupelo, MS 38804    (662) 844-1730

(Tupelo City Hall
71 E. Troy St.,
Tupelo, MS 38804
(662) 841-6513)

Tupelo Police Dept. Detectives Division;
(theme Honor, Professional, Public Trust; none of which
324 Court St.                                they practice nor do)
Tupelo, MS 38804
(662) 841-6491 - Police Dept - former Chief Tony Carleton (now residing
(662) 841-6546 - Dets. Daniel McKinney, Tremaine Cassel, & in Columbus,
Capt. Haines                                                    MS)

State of MS Attorney General's Office;
Attorney General Jim Hood  Walter Sillers Building
550 High St, Suite 1200
Jackson, MS 39201        &   P.O. Box 220
(601) 359-3680               Jackson, MS 39205

Tyler Blake Stampfli;

spoke w/ L.P. Montgomery

## Tupelo Municipal Court
### AFFIDAVIT INFORMATION SHEET
(Please Print)

Today's Date: 3/12/14   Date/Time Incident Occurred: ▓▓▓

**AFFIANT INFORMATION:**
Name: Marion + Linda Blaker    Phone Number: ▓▓▓
                                Race/Gender: ▓▓▓
Address: 1104 Lawndale Dr       DOB: ▓▓▓
City/State/Zip: Tupelo, MS 35501   SOC/DL# ▓▓▓

**VIOLATOR INFORMATION:**
Name: Tyler Stampfli            Race/Gender: W / M
Address: See attachment         DOB: April of 1951
City/State/Zip: See attachment  SOC/DL # N/A

**INCIDENT INFORMATION:**
Location of incident: Colorado + Mississippi

Police Incident Number 2013-1673    Photos Taken? no

Names/Addresses of Witnesses: Linda + Chad Blaker
1104 Lawndale Dr
Tupelo, MS 35501

Charges that you wish to bring: fraud, extortion, violations of Federal Privacy Acts of 1974, 1978, 1985, 2002, false witness, false pretense

Give a brief narrative of what happened: see police report. Everything surrounded/has around the me they think.

(use back of page for additional space)

(Revised 010814)

Hacker / Extortionist / Felon (stole SPI w/o consent)

Addresses of Tyler B. Stampfli

1) 450 Circle Dr
   Ft. Collins, CO 80524

2) P.O. Box 982
   Basalt, CO 81621

3) 2002 Battlecreek Dr
   #6304
   Ft. Collins, CO 80528

★4) 1409 Fairfield Ave
   Windsor, CO, USA ← resides her

   website: www.salespider.com/pp1-117728...

5) 2204 Loyola
   Ft. Collins, CO 80525

6) 1020 Rolland Moore Dr
   Ft. Collins, CO 80526

7) 1609 Mulberry St
   Ft. Collins, CO 80521

8) 1410 Hillwood Dr.
   Murry, KY 42071

9) Paris, TN

(970) 484-0615
↑
(mounts?)
Loyola address