Amended & Added Items to CV-14-B-0474

Withold mail & delayed packages & opened mail for over 1 year

Delayed Baggage on recent (7/8/14) return from Europe for Marian & Chanel Blocker

Complaint filed with USPS (Case Confirmation #: CA118797650) on 7/29/14

medications missing from baggage (Vital maintence meds) resulting in illnesses.

See enclosures for other evidence for Retaliation because of complaint filed in March with the US District Court for the Northern District of Alabama.

- Names added NSA, TSA, Homeland Security, & US Boarder Patrol & Customs

Marian Blocker
1109 Lawndale Dr
Tupelo, MS 38801
(662) 842-4670

[signature]